MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
MARC S. ELZWEIG (CSB No. 269965)
melzweig@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiffs
CAESARS INTERACTIVE ENTERTAINMENT,
INC. and PLAYTIKA LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAESARS INTERACTIVE ENTERTAINMENT, INC. and PLAYTIKA LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>1ST TECHNOLOGY, LLC,<br><br>Defendant. | Case No.: C 12-6188 (NC)<br><br>**CAESARS INTERACTIVE ENTERTAINMENT, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br>**[FRCP 7.1 AND CIVIL L.R. 3-16]**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Caesars Interactive Entertainment, Inc. is a wholly owned subsidiary of Caesars Entertainment Corporation, a publicly traded corporation.

Dated: December 7, 2012  FENWICK & WEST LLP

By: */s/Michael J. Sacksteder*
Michael J. Sacksteder

Attorneys for Plaintiff
CAESARS INTERACTIVE ENTERTAINMENT, INC.